| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Shea, Edward F | 2. Court or Organization United States District Court | 3. Date of Report 09/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Active Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 825 Jadwin Avenue, Ste. 190 Richland, WA 99352 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | ████████ - Corporation |
| 2. Real Estate Contract 50% interest | ██████ Building) |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Shea_Edward_F

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 09/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 2008 | ████████ salary | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 09/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 09/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Insurance | | None | K | T | | | | | |
| 2. Northwestern Mutual Life Insurance | | None | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance | | None | K | T | | | | | |
| 4. Prudential Life Insurance | | None | J | T | | | | | |
| 5. Coins | | None | J | T | | | | | |
| 6. Fishcreek Ltd | | None | K | T | | | | | |
| 7. Merrill Lynch(cash equivalent)* | | None | | | | | | | |
| 8. Art | | None | K | W | | | | | |
| 9. Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 10. Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 11. Vanguard Health Care Fund | | None | K | T | | | | | |
| 12. Vanguard Health Care Fund (IRA) | | None | K | T | Purchase | 10/13 | K | | |
| 13. Microsoft | | None | L | T | Partial Sale | 9/15 | J | | |
| 14. | | | | | Purchase | 10/13 | J | | |
| 15. | | | | | Purchase | 10/27 | J | | |
| 16. DFA US Large Cap Value Portfolio (DFLVX) | | None | J | T | | | | | |
| 17. Meridian Value Fund | | None | | | Sale | 9/26 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 09/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  DFA US 9-10 Small Co (DFSVX) | | None | L | T | | | | | |
| 19.  DIVERSIFIED INVESTMENT ADVISORS (comprised of #20-41) | | None | M | T | | | | | |
| 20.  Goldman Sacks Mid Cap Value Fund | | None | K | T | | | | | |
| 21. | | | | | Partial Sale | 9/26 | J | | |
| 22.  Vanguard 500 Admiral Fund** | | None | | | Sale | 2007 | J | | |
| 23.  Vanguard Inst'l Index | | None | K | T | | | | | |
| 24.  American Growth Fund | | None | J | T | Partial Sale | 6/9 | J | | |
| 25. | | | | | Purchase | 9/8 | K | | |
| 26. | | | | | Partial Sale | 9/26 | J | | |
| 27.  Mainstay Sm Cap Op A Fund*** | | None | | | Sale | 2008 | J | | |
| 28.  Thornburg Int'l Value Fund | | None | K | T | Partial Sale | 6/9 | K | | |
| 29. | | | | | Partial Sale | 8/11 | J | | |
| 30. | | | | | Partial Sale | 9/8 | J | | |
| 31.  Pimco Tot.Ret. Fund | | None | J | T | | | | | |
| 32.  Kadlec Blended Short Term Bond Fund | | None | L | T | Purchase | 6/9 | J | | |
| 33. | | | | | Purchase | 9/26 | K | | |
| 34.  Allainz NFJ Dividend Value A Fund | | None | K | T | Partial Sale | 8/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 09/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Partial Sale | 9/26 | J | | |
| 36. Columbia Acrn Slct | | None | J | T | Partial Sale | 8/11 | K | | |
| 37. | | | | | Partial Sale | 9/8 | K | | |
| 38. American EuroPac Fund | | None | K | T | Purchase | 6/9 | K | | |
| 39. Columbia SM.CAP.Val.**** | | None | J | T | Purchase | Jan | K | | |
| 40. | | | | | Partial Sale | 6/9 | J | | |
| 41. | | | | | Partial Sale | 9/26 | J | | |
| 42. South Boston Savings Bank Life Ins | | None | J | T | | | | | |
| 43. Globix Corp | | None | J | T | | | | | |
| 44. Schwab Value Advantage Money Fund | | None | J | T | | | | | |
| 45. GESA Credit Union | A | Interest | J | T | | | | | |
| 46. AVISTA Corp | | None | | | Sale | 10/6 | J | | |
| 47. Cryptologic | | None | | | Sale | 7/21 | J | | |
| 48. Int'l GameTech (IGT) | | None | J | T | Partial Sale | 2/15 | K | | |
| 49. | | | | | Partial Sale | 9/17 | K | | |
| 50. | | | | | Partial Sale | 9/26 | K | | |
| 51. Phillips Electric | | None | K | T | Purchase | 9/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 09/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Purchase | 10/06 | J | | |
| 53. | | | | | Purchase | 10/16 | J | | |
| 54. Banco Bilabo | | None | | | Sale | 8/25 | K | | |
| 55. Macquarie | | None | L | T | Purchase | 1/2 | J | | |
| 56. | | | | | Purchase | 7/2 | K | | |
| 57. | | | | | Partial Sale | 9/15 | K | | |
| 58. | | | | | Purchase | 9/19 | J | | |
| 59. | | | | | Purchase | 10/6 | J | | |
| 60. | | | | | Purchase | 10/13 | J | | |
| 61. | | | | | Purchase | 10/16 | J | | |
| 62. E-Bay | | None | | | Sale | 6/30 | K | | |
| 63. Siliconware (SPON)(IRA) | | None | K | T | Partial Sale | 9/15 | J | | |
| 64. | | | | | Purchase | 9/19 | J | | |
| 65. | | | | | Purchase | 10/16 | J | | |
| 66. | | | | | Purchase | 10/27 | J | | |
| 67. Siliconware (SPON)(PERS) | | None | J | T | Partial Sale | 7/25 | J | | |
| 68. | | | | | Partial Sale | 9/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 09/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Purchase | 9/19 | J | | |
| 70. Fieldstone***** | | None | | | | | | | |
| 71. Driehaus Emerging Mkts | | None | | | Sale | 9/17 | K | | |
| 72. Schwab Invest Money Fund (Pers) | A | Int./Div. | J | T | | | | | |
| 73. Royce Value Plus Fund | | None | J | T | | | | | |
| 74. Wells Fargo Adv. Asia/Pac | | None | J | T | | | | | |
| 75. US Global Invest. East. Europe | | None | J | T | | | | | |
| 76. Charter | | None | J | T | Purchase | 9/19 | J | | |
| 77. | | | | | Purchase | 10/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 09/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*This account was terminated at the time the ▮▮▮▮▮ building was converted from a rental to a sale. This was inadvertently included in last year's report.

**This was sold in 2007 and inadvertently omitted from the prior years report. The value code in Column D(3) is estimated.

*** This was sold in January or February 2008, but the exact date is unknown.

****This was purchased in January or February 2008, but the exact date is unknown.

*****Fieldstone is the same as FICC (line number 57 from the 2007 Report) which was completely sold in February of 2007.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shea, Edward F | 09/01/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544